**JS-6**

# IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRISTIAN PAUL CHANGOLUIZA CORRALES,<br><br>               Petitioner,<br><br>   v.<br><br>D. MARIN, *et al.*,<br><br>              Respondents. | Case No. 5:26-cv-01716-KK-RAO<br><br><br>**JUDGMENT** |

Pursuant to the Court's Order Granting In Part Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241, IT IS HEREBY ORDERED AND ADJUDGED that the Petition for Writ of Habeas Corpus is granted in part and Judgment is entered in favor of Petitioner.  Respondents are enjoined from re-detaining Petitioner without providing him a pre-detention hearing before a neutral decisionmaker where Respondents bear the burden of demonstrating by clear and convincing evidence that Petitioner is a flight risk or a danger such that his physical custody is required.  (JS-6).

DATED: May 22, 2026



_____
HONORABLE KENLY KIYA KATO
UNITED STATES DISTRICT JUDGE